**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| Respondent, | : | NO. 03-0642 |
| | : | |
| v. | : | |
| | : | |
| ANTHONY JACKSON | : | CIVIL ACTION |
| | : | |
| Petitioner. | : | NO. 09-5255 |

## <u>ORDER</u>

AND NOW, on this    27th    day of April, 2010, for the reasons stated in the foregoing

Memorandum, it is hereby ORDERED that Petitioner Anthony Jackson's Motion to Vacate, Set

Aside, or Correct Sentence (Docket No. 144) is DENIED without a hearing.  The Court finds no

ground upon which to issue a certificate of appeal.

The Clerk is directed to close this case.

BY THE COURT:


/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J

O:\Criminal Cases\03-642 Jackson, US v\Jackson Habeas Order.wpd